

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:           01-13-00115-CR

Style:                     Brian Biggs Baxter

                          **v** The State of Texas

Date motion filed[*]:      October 25, 2013

Type of motion:         Motion for extension to file brief

Party filing motion:     Appellant

Document to be filed:    Appellant's brief

Is appeal accelerated?     No

If motion to extend time:
      Original due date:               June 27, 2013
      Number of previous extensions granted:    3        Current Due date:  September 30, 2013
      Date Requested:              October 31, 2013

Ordered that motion is:

    ☑       Granted

            If document is to be filed, document due:  November 12, 2013

          ☑      **No further extensions of time will be granted**

    ☐       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

Judge's signature:   /s/ Jane Bland
                ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: November 5, 2013

November 7, 2008 Revision